IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00401-CR-W-HFS |
| IVY MULDROW | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 15, 2020, before Magistrate Judge John T. Maughmer, defendant entered a guilty plea to the offense charged in the Indictment, that is, felon in possession of a firearm.

In a Report and Recommendation dated September 15, 2020 (Doc. 24), Judge Maughmer determined that the guilty plea was knowledgeable and voluntary and that the offense was supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 24) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                                s/ HOWARD F. SACHS
                                                HOWARD F. SACHS
                                                United States District Judge

Dated: October 5, 2020
Kansas City, Missouri